IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

CORNELIUS TUCKER, JR.

         Plaintiff,

v.                                                        CIVIL ACTION NO.  6:06-cv-00658

U.S. GOV'T ENTITIES., et al.,

         Defendants.

**ORDER**

      This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and has recommended the following: (1) that the court **DENY** the Movant's Application to proceed *in forma pauperis* [Docket 2], (2) that the court **DENY AS MOOT** the plaintiff's Motion for Order Compelling Discovery and for Injunctive Relief [Docket 4], and (3) that the court **DISMISS** this civil action pursuant to 28 U.S.C. § 1915A as being frivolous and for failure to state a claim. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      The failure to object to a magistrate judge's report may be deemed a waiver on appeal of the substance of the report and the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.  *See Camby v. Davis,* 718 F.2d 198, 200 (4th Cir. 1983);  *Campbell v. United States D. Ct. N.D. Cal.,* 501 F.2d 196, 206 (9th Cir. 1974).  The court has reviewed the Magistrate Judge's findings of fact and recommendations and finds no clear

error on the face of the record. Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations. The court **DENIES** the Movant's Application to proceed *in forma pauperis* [Docket 2], **DENIES AS MOOT** the plaintiff's Motion for Order Compelling Discovery and for Injunctive Relief [Docket 4], and **DISMISSES** this action from the docket. Furthermore, in light of the plaintiff's repeated and abusive filings in this court, the court hereby **ENJOINS** the plaintiff, Cornelius Tucker, Jr., from filing any further pro se claims in any division of the United States District Court for the Southern District of West Virginia concerning the alleged denial of his United States Savings Bonds, without first obtaining permission from the presiding district judge.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 17, 2007

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE